MICHIGAN LUMBER & MANUFACTURING COMPANY, A COR PORATION, PLAINTIFF IN ERROR, vs. DUVAL COUNTY, GARNISHEE, DEFENDANT IN ERROR.

### GARNISHMENT—COUNTY NOT SUBJECT TO.

Under the laws of Florida a county is not subject to garnishment in a suit between private individuals. (Duval County v. Charleston Lumber & Mfg. Co., decided at present term, cited and aproved.)

This case was decided by Division A.

Writ of error to the Circuit Court for Duval County.

The facts in the case are stated in the opinion of the court.

*Jno. L. Doggett,* for Plaintiff in Error.

*Cooper & Cooper,* for Defendant in Error.

PER CURIAM.

This cause being reached in its regular order for final adjudication, after due consideration thereof by Division A of the court it is found that the only question presented thereby is as to whether a county is subject to garnishment for a debt due by it to a private party at the suit of a creditor of such party. This question was fully considered and decided in the *negative* at the present term of this court in the case of Duval County v. Charleston Lumber & Manufacturing Co., and that case is fully decissive of this. It is, therefore, considered, ordered and adjudged that the judgment of the Circuit Court in said cause be, and the same is hereby, affirmed at the cost of the plaintiff in error.